## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALINDA S. SMIDGA, *individually and on behalf of all others similarly situated*,<br><br>      Plaintiff,<br><br>      v.<br><br>META PLATFORMS, INC., *formerly known as* FACEBOOK, INC., THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER, *doing business as* UPMC,<br><br>      Defendants. | Case No. 2:22-cv-01231<br><br>Hon. Maureen P. Kelly |

## [PROPOSED] ORDER

AND NOW, upon consideration of the Joint Motion to Continue Deadlines and for Scheduling Order ("Motion") by Defendant University of Pittsburgh Medical Center d/b/a UPMC ("UPMC") and Plaintiff Malinda S. Smidga ("Plaintiff"), it is hereby ORDERED that the Motion is GRANTED, and:

(1) UPMC's motion to compel arbitration is due on or before October 31, 2022, and any brief in support shall be 25 pages or less;

(2) Plaintiff may respond to UPMC's motion with an opposition brief (25 pages or less) or, alternatively, a request for discovery within 21 days after UPMC files its motion.  If Plaintiff intends to file a request for discovery, the parties will meet and confer in good faith regarding a proposed discovery and further briefing schedule, and the parties will report their respective positions to the Court.  Both parties reserve all rights with regard to any such discovery request;

(3) If Plaintiff files an opposition to UPMC's motion, UPMC's reply will be due 14 days after Plaintiff files her opposition brief, and any reply brief will be 15 pages or less;

2

(4) All other case deadlines for UPMC and Plaintiff, including for the joint initial status report and for any answer or other response to the complaint, including any further motion to dismiss arguments under Rule 12, are deferred pending the Court's final resolution of UPMC's motion to compel arbitration.

BY THE COURT:

_____